IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 04-192-02 |
| ERIC HUMBERT | : | |

**O R D E R**

**AND NOW**, this   31st   day of   March  , 2015, upon consideration of Petitioner's (1) Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 141-1); (2) Motion for Reconsideration of the Court's November 19, 2010 Order (ECF No. 143); and (3) Motion for Leave to Supplement the Section 2255 Motion (ECF No. 157), and all memoranda and exhibits submitted in support and opposition thereto, it is **ORDERED** that:

1. Defendant's Motion for Reconsideration of the Court's November 19, 2010 Order (ECF No. 143) is **DENIED**;

2. Defendant's Motion for Leave to Supplement (ECF No. 157) is **GRANTED** only to the extent it seeks leave to attach Exhibit "A" as an Exhibit to the habeas corpus Motion;

3. Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 141-1) is **DENIED**;

4. Petitioner's Application for Appointment of Counsel is **DENIED**;

5. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                _____
                                                **R. BARCLAY SURRICK, J.**