IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 04-192-02 |
| ERIC HUMBERT | : | |

# ORDER

**AND NOW**, this 7th day of June, 2024, upon consideration of Defendant's Post-Sentencing Motion in Accordance with Sentencing Statute 18 U.S.C. § 3661 and 18 U.S.C. § 3553(a) Support of Motion for Resentencing Pursuant to Johnson Claim (ECF No. 171), Defendant's Motion to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 (ECF No. 178), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motions are **GRANTED** *in part* and **DENIED** *in part*.

2. The Court **VACATES** Defendant's conviction and sentence on Count Four.

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c).

**IT IS SO ORDERED.**

BY THE COURT:

*/s R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**